**Order entered January 15, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01384-CV

### SONJA BLUE, Appellant

### V.

### DALLAS HOUSING AUTHORITY, Appellee

**On Appeal from the County Court**
**Denton County, Texas**
**Trial Court Cause No. CV-2019-01975-JP**

## ORDER

Before the Court is appellant's January 13, 2020 motion requesting "a petition for review with supreme court so I can be given a fair trial." We **DENY** the motion.

Appellant's brief on the merits is overdue. Accordingly, on the Court's own motion, we **ORDER** appellant to file her brief due in this court (Texas Fifth District Court of Appeals at Dallas) by **January 28, 2020**. We caution appellant that failure to file her brief by that date may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    BILL WHITEHILL
       JUSTICE